1   Sterling A. Brennan (CA State Bar No. 126019)
    E-mail: sbrennan@wnlaw.com
2   WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
    20 Grace Drive
3   Trabuco Canyon, California  92679
    Telephone:      (801) 533-9800
4   Facsimile:      (801) 328-1707

5

6   Charles L. Roberts(*pro hac application pending*)
    croberts@wnlaw.com
    C.J. Veverka (*pro hac application pending*)
7   cveverka@wnlaw.com
    H. Craig Hall, Jr. (*pro hac application pending*)
8   chall@wnlaw.com
    WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
9   60 East South Temple, Suite 1000
    Salt Lake City, Utah 84111
10  Telephone:   (801) 533-9800
    Facsimile:    (801) 328-1707
11
    *Attorneys for Finisar Corporation*
12



14                                                              12/8/2010

14              UNITED STATES DISTRICT COURT

15              NORTHERN DISTRICT OF CALIFORNIA

16  FINISAR CORPORATION, a Delaware        Case No. CV 10-04990 JW (HRL)
    corporation,
17
              Plaintiff,
18                                         **STIPULATION FOR EXTENSION
    v.                                     OF TIME TO RESPOND TO
19                                         COMPLAINT**
    AGILESTAR.COM, INC., a California
20  corporation, and MEMORYDEALERS. COM,   **[N.D. CAL. CIVIL LR 6-1(A)]**
    INC., a California corporation
21                                         Complaint filed:   November 4, 2010
              Defendants.
22

23      Pursuant to Northern District Local Rule 6-1(a), plaintiff Finisar Corporation and

24  defendants Agilestar.com, Inc. and Memorydealers.com, Inc., hereby stipulate through their

25  respective attorneys that the time by which defendants may respond to the operative complaint

26  shall be enlarged by 30 days to January 12, 2011  inclusive.  This enlargement of time will not

27  alter the date of any event or any deadline already fixed by the Court.  There have been no

28  previous modifications of any deadlines in this case.

---

STIPULATION FOR EXTENSION OF                              CASE NO. CV 10-04990 JW (HRL)
TIME TO RESPOND TO COMPLAINT

-2-

1  Dated:  December 6, 2010         STERLING A. BRENNAN
2                                    WORKMAN NYDEGGER P.C.

3                                         By:    /s/ Sterling A. Brennan
                                                 Sterling A. Brennan
4
                                          *Attorney for Plaintiff*
5                                         Finisar Corporation

6

7  Dated:  December 6, 2010         JULIE S. TURNER
                                    TURNER BOYD LLP
8
                                          By:    /s/ Julie S. Turner
9                                                Julie S. Turner

10                                        *Attorney for Defendants*
                                          Agilestar.com, Inc. and
11                                        Memorydealers.com, Inc.

12

13       I, Sterling A. Brennan, am the ECF User whose ID and password are being used to file
    this Stipulation For Extension Of Time To Respond To Complaint.  In compliance with General
14  Order 45, X.B., I hereby attest that Julie S. Turner has concurred on this filing.

15  Dated:  December 6, 2010

16

17                                        By:    /s/  Sterling A. Brennan

18                                        *Attorney for Plaintiff*
                                          Finisar Corporation
19

20

21

22

23

24

25

26

27

28

STIPULATION FOR EXTENSION OF                              CASE NO. CV 10-04990 JW (HRL)
TIME TO RESPOND TO COMPLAINT

# CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

Julie S. Turner
Turner Boyd LLP
2570 W. El Camino Real, Suite 380
Mountain View, CA  94040

By:    /s/  Sterling A. Brennan
Sterling A. Brennan
*Attorney for Plaintiff*
Finisar Corporation