1  Sterling A. Brennan (CA State Bar No. 126019)
   E-mail: sbrennan@wnlaw.com
2  Workman | Nydegger A Professional Corporation
   20 Grace Drive
3  Trabuco Canyon, California 92679
   Telephone:    (801) 533-9800
4  Facsimile:    (801) 328-1707

5  Charles L. Roberts (*admitted pro hac vice*)
   croberts@wnlaw.com
6  C.J. Veverka (*admitted pro hac vice*)
   cveverka@wnlaw.com
7  H. Craig Hall, Jr. (*admitted pro hac vice*)
   chall@wnlaw.com
8  Workman | Nydegger A Professional Corporation
   60 East South Temple, Suite 1000
9  Salt Lake City, Utah 84111
   Telephone:    (801) 533-9800
10 Facsimile:    (801) 328-1707

11 *Attorneys for Finisar Corporation*

12

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

16 FINISAR CORPORATION,                    Case No. CV 10-04990 JW (HRL)

17                    Plaintiff,           **ORDER DENYING STIPULATION TO
                                           CONTINUE CASE MANAGEMENT
18 v.                                      CONFERENCE AND OTHER
                                           DEADLINES**
19 AGILESTAR.COM, INC. et al.,

20                    Defendants.

21                                         **[N.D. CAL. CIVIL LR 6-2]**

22                                         Complaint filed:    November 4, 2010

23

24

25

26

27

1    Pursuant to Northern District Local Rule 6-2, plaintiff Finisar Corporation and defendants

2    Agilestar.com, Inc. and Memorydealers.com, Inc., hereby stipulate through their respective

3    attorneys, and respectfully request that the Court order, that the case management conference be

4    continued and the following deadlines be enlarged, as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Case Management Conference | February 14, 2011 | March 14, 2011 |
| Deadline to File Joint Case Management Statement | February 4, 2011 | March 4, 2011 |
| Deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan | January 20, 2011 | February 24, 2011 |
| Deadline to file ADR Certification and Stipulation to ADR Process | January 20, 2011 | February 24, 2011 |
| Deadline to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report | January 20, 2011 | February 24, 2011 |
| Deadline for Defendants to Respond to Complaint | January 12, 2011 | February 16, 2011 |

21    This request is being made at the behest of Julie Turner, counsel for defendants, on the

22    grounds that she will be on a medical leave from January 5, 2011, through the end of January.

23    The Declaration of Julie S. Turner in support of this stipulation and proposed order is being

24    submitted herewith.

25    This request is also based on the fact that the parties have been negotiating resolution of

26    this matter in good faith and are optimistic that this matter may be resolved before the proposed

27    date for the Case Management Conference.

1    There has been one previous modification of a deadline in this case, to wit the

2    enlargement of time by 30 days for defendants to respond to the operative complaint.

3

4    Dated:  January 5, 2011                                    STERLING A. BRENNAN
                                                                 WORKMAN NYDEGGER P.C.

5

6                                                        By:    /s/ Charles L. Roberts /s/

7                                                               Charles L. Roberts

8                                                               *Attorney for Plaintiff*
                                                               Finisar Corporation

9

10   Dated:  January 5, 2011                                    JULIE S. TURNER
                                                                 TURNER BOYD LLP

11

12

13                                                       By:    /s/ Julie S. Turner /s/
                                                               Julie S. Turner

14
                                                               *Attorney for Defendants*
15                                                             Agilestar.com, Inc. and
                                                               Memorydealers.com, Inc.

16

17

18   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19   Upon review, the Court DENIES the parties' Stipulation as premature.  Defendants chose a firm
     with multiple associates, capable of taking the lead to assist the Court with this case early in the
20   litigation.  With respect to the parties' scheduled appearance on February 14, 2011 the Court will
     evaluate whether an appearance is necessary following a review of the parties' Joint Statement, to be
21   filed with the Court on or before **February 4, 2011.**

22   Dated: January 6, 2011

23                                                             United States District Judge

24

25

26

27

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:

Julie S. Turner
Turner Boyd LLP
2570 W. El Camino Real, Suite 380
Mountain View, CA  94040

By:      /s/  Charles. L. Roberts

Sterling A. Brennan
*Attorney for Plaintiff*
Finisar Corporation