**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Finisar Corporation et al, | No. 5:10-cv-04990-EJD |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| Agilestar.com, Inc. Et al, | |
| Defendant. | |

This case is was transferred to this Court on April 25, 2011 (See Docket Item No. 21). Pursuant to the April 25 Reassignment Order of this Court, the parties conferred and duly submitted a Joint Case Management Statement (See Docket Item No. 24). On May 17, 2011, the mediator, Richard H. Abramson, filed a certification of mediation that informed the case had settled in full. (See Docket Item No.39). To date no stipulated dismissal has been filed. The parties are ordered to appear before the Honorable Edward J. Davila on **September 2, 2011 at 9:00 AM** in Courtroom No. 1, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **August 26, 2011**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

//

//

1       The Order to Show Cause shall be automatically vacated and the parties relieved of the
2 obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil
3 Procedure 41(a) is filed on or before **August 26, 2011.**

4       All other pretrial deadlines and hearing dates are vacated.

5       Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss
6 the action.

**IT IS SO ORDERED.**

Dated: August 17, 2011 
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE