1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Finisar Corporation et al,                                    No. 5:10-cv-04990-EJD

      Plaintiff,                                **ORDER CONTINUING HEARING ON ORDER TO SHOW CAUSE RE: SETTLEMENT**

  v.

Agilestar.com, Inc. Et al,

      Defendant.

_____/

      The parties complied with the Court's August 17, 2011 and duly filed their Show Cause Response (See Docket Item No. 41). The parties relay in their joint statement that more time is needed to finalize their settlement efforts. Accordingly, the Court continues the September 2, 2011 Show Cause hearing. The parties are ordered to appear before the Honorable Edward J. Davila on **October 7, 2011 at 9:00 AM** in Courtroom No. 1, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b). On or before **September 30, 2011**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

      The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **September 30, 2011.**

      All other pretrial deadlines and hearing dates are vacated.

      Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: August 17, 2011

                            _____
                            EDWARD J. DAVILA
                            UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28