1  Sterling A. Brennan (CA State Bar No. 126019)
   E-mail: sbrennan@wnlaw.com
2  WORKMAN | NYDEGGER A PROFESSIONAL
   CORPORATION
3  20 Pacifica, Suite 1130
   Irvine, California  92618
4  Telephone:      (949) 202-1900
   Facsimile:       (949) 453-1104
5
   Charles L. Roberts (*admitted Pro Hac Vice*)
6  croberts@wnlaw.com
   C.J. Veverka (*admitted Pro Hac Vice*)
7  cveverka@wnlaw.com
   H. Craig Hall, Jr. (*admitted Pro Hac Vice*)
8  chall@wnlaw.com
   WORKMAN | NYDEGGER A PROFESSIONAL
9  CORPORATION
   60 East South Temple, Suite 1000
10 Salt Lake City, Utah 84111
   Telephone:   (801) 533-9800
11 Facsimile:    (801) 328-1707

12 *Attorneys for Finisar Corporation*

14 Julie S. Turner (State Bar No. 191146)
     turner@turnerboyd.com
14 Karen I. Boyd (State Bar No. 189808)
     boyd@turnerboyd.com
15 TURNER BOYD LLP
16 2570 W. El Camino Real, Suite 380
   Mountain View, California 94040
17

18 Telephone: (650) 521-5930
   Facsimile: (650) 521-5931
19 *Attorneys for Defendants Agilestar.com, Inc. and
   MemoryDealers.com, Inc.*

20                    UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

22
   FINISAR CORPORATION, a Delaware
23 corporation,
                                              Case No. CV 10-04990 EJD
24           Plaintiff,
     v.                                       [PROPOSED]
25                                            ORDER ON RULE 41(a)(1)(A)(ii)
   AGILESTAR.COM, INC., a California          STIPULATION OF DISMISSAL
26 corporation, and MEMORYDEALERS. COM,
   INC., a California corporation
27
             Defendants.
28

1    The parties have entered and filed a Stipulation of Dismissal signed by all parties who
2 have appeared in the above-captioned action pursuant to Rule 41(a)(1)(A)(ii). The parties agreed
3 in the Stipulation of Dismissal that the dismissal shall be with prejudice. The Court, having
4 reviewed and considered the Stipulation of Dismissal, finds that this case should be and hereby is
5 DISMISSED in its entirety, with prejudice.

    The Clerk shall close this file.

8    SO ORDERED this ___7th___ day of ___September___, 2011, by

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

-2-