1  Sterling A. Brennan (CA State Bar No. 126019)
   E-mail: sbrennan@wnlaw.com
2  WORKMAN | NYDEGGER A PROFESSIONAL
   CORPORATION
3  20 Pacifica, Suite 1130
   Irvine, California  92618
4  Telephone:    (949) 202-1900
   Facsimile:    (949) 453-1104
5

   Charles L. Roberts (*admitted Pro Hac Vice*)
6  croberts@wnlaw.com
   C.J. Veverka (*admitted Pro Hac Vice*)
7  cveverka@wnlaw.com
   H. Craig Hall, Jr. (*admitted Pro Hac Vice*)
8  chall@wnlaw.com
   WORKMAN | NYDEGGER A PROFESSIONAL
9  CORPORATION
   60 East South Temple, Suite 1000
10 Salt Lake City, Utah 84111
   Telephone:   (801) 533-9800
11 Facsimile:    (801) 328-1707

12 *Attorneys for Finisar Corporation*

14 Julie S. Turner (State Bar No. 191146)
      turner@turnerboyd.com
14 Karen I. Boyd (State Bar No. 189808)
      boyd@turnerboyd.com
15 TURNER BOYD LLP
16 2570 W. El Camino Real, Suite 380
   Mountain View, California 94040
17

18 Telephone: (650) 521-5930
   Facsimile: (650) 521-5931
19 *Attorneys for Defendants Agilestar.com, Inc. and
   MemoryDealers.com, Inc.*

20                    UNITED STATES DISTRICT COURT

21                    NORTHERN DISTRICT OF CALIFORNIA

22

23 FINISAR CORPORATION, a Delaware
   corporation,
                                              Case No. CV 10-04990 EJD
24           Plaintiff,
   v.                                         **[PROPOSED]**
25                                            **ORDER ON RULE 41(a)(1)(A)(ii)**
   AGILESTAR.COM, INC., a California          **STIPULATION OF DISMISSAL**
26 corporation, and MEMORYDEALERS. COM,
   INC., a California corporation
27           Defendants.
28

The parties have entered and filed a Stipulation of Dismissal signed by all parties who have appeared in the above-captioned action pursuant to Rule 41(a)(1)(A)(ii). The parties agreed in the Stipulation of Dismissal that the dismissal shall be with prejudice. The Court, having reviewed and considered the Stipulation of Dismissal, finds that this case should be and hereby is DISMISSED in its entirety, with prejudice.

The Clerk shall close this file.

SO ORDERED this ___7th___ day of ___September___, 2011, by

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE